William STAPLES, Petitioner-Appellant,

v.

Warden Joe COAKLEY, Respondent-Appellee,

and

Terry O'Brien, Warden at USP-HAZ, Respondent.

No. 17-6421

United States Court of Appeals, Fourth Circuit.

Submitted: September 28, 2017

Decided: October 2, 2017

William Staples, Appellant Pro Se. Helen Campbell Altmeyer, Erin Carter Tison, Assistant United States Attorneys, Wheeling, West Virginia, for Appellee.

Before WILKINSON, MOTZ, and KING, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Staples, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Staples v. Coakley*, No. 1:16-cv-00041-IMK-RWT (N.D.W. Va. Feb. 15, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*